**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MIGUEL RIVERA,

        Plaintiff,                              Civil Action No.1:24-cv-04684

  -against-                                      **AFFIRMATION OF SERVICE**

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,
        Defendants.
-------------------------------------------------------X

      **NELSON CARVAJAL** affirms that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 1st day of July, 2024, at approximately 11:10am, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND AND ORDER REGARDING GENERAL PRETRIAL MANAGEMENT** upon **THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK** at 615 West 131st, 6th Floor, New York, NY 10027, by personally delivering and leaving the same with **VIDYAWATTIE SINGH**, who is an assistant director general counsel and is authorized by appointment to receive service for that company.

      **VIDYAWATTIE SINGH** is an Indian female, approximately 43 years of age, stands approximately 5 feet 2 inches tall, and weighs approximately 130 pounds with brown hair and brown eyes.

      **NELSON CARVAJAL** affirms this 1st day of July, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and understands that this document may be filed in an action or proceeding in a court of law.

_____
NELSON CARVAJAL, #2067766

#300107

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com