**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MIGUEL RIVERA** § <br>    Plaintiff § <br> v. § <br> **EXPERIAN INFORMATION** § <br> **SOLUTIONS, INC., TRANSUNION** § <br> **L.L.C., UNIVERSITY ACCOUNTING** § <br> **SERVICE, LLC, and** § <br> **THE TRUSTEES OF COLUMBIA** § <br> **UNIVERSITY IN THE CITY OF NEW YORK,** <br>    Defendants | Case No.: 1:24-cv-4684-GHW-BCM |

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF KINGS      )

I, Ahmad Keshavarz, hereby declares as follows:

1. I am a member of the Bar of this Court and am associated with the firm of the Law Office of Ahmad Keshavarz, attorneys for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2. Jurisdiction of the subject matter of this action is based on federal question jurisdiction pursuant to the FCRA, 15 USC § 1681 et al. Defendant The Trustees of Columbia University in the City of New York is indebted to plaintiff for violations of the FCRA and for defamation, as delineated in the Original Complaint [DE 1].

3. This action was commenced on June 20, 2024 by the filing of the summons and complaint. A copy of the summons and complaint was served on the defendant The Trustees of Columbia University in the City of New York on July 1, 2024 by personal service on Vidyawattie Singh, assistant director general counsel [DE 14]. Proof of service by the Process Server was filed. Defendant The Trustees of Columbia University in the City of New York has not answered the complaint and the time for the Defendant to answer the complaint has expired.

     WHEREFORE, plaintiff Miguel Rivera requests that the default of Defendant The Trustees of Columbia University in the City of New York be noted and a certificate of default issued.

     I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: Brooklyn, New York
        July 23, 2024

                                                          /s/ Ahmad Keshavarz

_____
Ahmad Keshavarz
Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
