IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **MIGUEL RIVERA** § | | |
|    Plaintiff § | Case No.: 1:24-cv-4684-GHW-BCM | |
| v. § | | |
| **EXPERIAN INFORMATION** § | | |
| **SOLUTIONS, INC., TRANSUNION** § | | |
| **L.L.C., UNIVERSITY ACCOUNTING** § | | |
| **SERVICE, LLC, and** § | | |
| **THE TRUSTEES OF COLUMBIA** § | | |
| **UNIVERSITY IN THE CITY OF NEW YORK,** | | |
|    Defendants | | |

### REQUEST FOR CERTIFICATE OF DEFAULT FOR DEFENDANT THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

TO:   Daniel Ortiz
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

Please enter the default of defendant Daniel Ortiz, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Ahmad Keshavarz.

Dated:  Brooklyn, New York
         July 23, 2024

                                      Respectfully submitted,

                                        /s/ *Ahmad Keshavarz*

                                By: _____
                                Ahmad Keshavarz
                                The Law Office of Ahmad Keshavarz
                                16 Court St., 26th Floor
                                Brooklyn, NY 11241-1026
                                Fax:   (877) 496-7809
                                Email: ahmad@NewYorkConsumerAttorney.com