**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Miguel Rivera

                      **Plaintiff(s),**

        **- against -**

EXPERIAN INFORMATION SOLUTIONS, INC.

                    **Defendant(s),**
-------------------------------------------------------------X

1:24 Civ. 4684 (GHW)

**CLERK'S CERTIFICATE OF DEFAULT**

        I, **DANIEL ORTIZ, Acting Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on 06/20/2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) The Trustees of Columbia University in the City of Ne by personally serving Vidyawattie Singh, assistant director general counsel, and proof of service was therefore filed on July 11, 2024, Doc. #(s) 14.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

        July 23, 20 24

                                                 **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                              **By:** _K. Mango_
                                           **Deputy Clerk**