# A HMAD  K ESHAVARZ

*Attorney at Law*

---

16 COURT ST., 26TH FLOOR  
BROOKLYN, NY 11241-1026

WWW.NEWYORKCONSUMERATTORNEY.CO  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

July 26, 2024

<u>VIA ECF</u>  
Magistrate Judge Barbara C. Moses  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

  **Re: Letter Request for Withdrawal of Appearance of Emma Caterine.**

*Rivera v. Experian Information Solutions, Inc. et al,* **No. 1:24-cv-04684-GHW-BCM**

Dear Judge Moses:

  This firm represents Plaintiff Miguel Rivera in the above-entitled action.

  Plaintiff moves this Court for an Order allowing Emma Caterine to withdraw as counsel for Plaintiff in the above-referenced action. Emma Caterine will no longer be associated with the law The Law Office of Ahmad Keshavarz as of July 27, 2024. The Law Office of Ahmad Keshavarz will continue to serve as counsel for the Plaintiff in this matter. Ahmad Keshavarz, and subsequent attorneys at The Law Office of Ahmad Keshavarz who may notice appearances, will continue to represent Plaintiff, and accordingly there will be no prejudice to Plaintiff by this withdrawal.

Respectfully,

/s/

Emma Caterine

cc: all counsel of records via ECF