# AHMAD KESHAVARZ
*Attorney at Law*

---

| 16 COURT ST., 26TH FLOOR<br>BROOKLYN, NY 11241-1026 | WWW.NEWYORKCONSUMERATTORNEY.CO<br>E-mail: ahmad@NewYorkConsumerAttorney.com | Telephone: (718) 522-7900<br>Fax: (877) 496-7809 |
|---|---|---|

July 26, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2024
```

<u>VIA ECF</u>
Magistrate Judge Barbara C. Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMORANDUM ENDORSED**

    **Re:**    Letter Request for Withdrawal of Appearance of Emma Caterine.

*Rivera v. Experian Information Solutions, Inc. et al*, **No. 1:24-cv-04684-GHW-BCM**

Dear Judge Moses:

    This firm represents Plaintiff Miguel Rivera in the above-entitled action.

    Plaintiff moves this Court for an Order allowing Emma Caterine to withdraw as counsel for Plaintiff in the above-referenced action. Emma Caterine will no longer be associated with the law The Law Office of Ahmad Keshavarz as of July 27, 2024. The Law Office of Ahmad Keshavarz will continue to serve as counsel for the Plaintiff in this matter. Ahmad Keshavarz, and subsequent attorneys at The Law Office of Ahmad Keshavarz who may notice appearances, will continue to represent Plaintiff, and accordingly there will be no prejudice to Plaintiff by this withdrawal.

Respectfully,

/s/

Emma Caterine

cc: all counsel of records via ECF

---

Application granted. Attorney Emma Caterine is granted leave to withdraw as counsel for Plaintiff. The Clerk of Court is instructed to terminate Attorney Emma Caterine from the list of active counsel in this case, and to terminate the motion pending at Dkt. No. 28.

SO ORDERED.

Dated: July 26, 2024
New York, New York

                _____
                GREGORY H. WOODS
                United States District Judge