## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL RIVERA §<br>  Plaintiff §<br>v. §<br>EXPERIAN INFORMATION §<br>SOLUTIONS, INC., TRANSUNION §<br>L.L.C., UNIVERSITY ACCOUNTING §<br>SERVICE, LLC, and §<br>THE TRUSTEES OF COLUMBIA §<br>UNIVERSITY IN THE CITY OF NEW<br>YORK,<br>  Defendants | Case No.: 1:24-cv-4684-GHW-BCM |

### CERTIFICATE OF SERVICE OF ORDER REGARDING GENERAL PRETRIAL MANAGEMENT [Dkt. No. 12]

On June 25, 2024 Magistrate Moses issued an Order Regarding General Pretrial Management [Dkt. No. 12]. The Ordered stated, *inter alia*, "Counsel for the plaintiff must serve a copy of this Order on any defendant previously served with the summons and complaint, must serve this Order along with the summons and complaint on all defendants served hereafter, and must file proof of such service with the Court"

Counsel for Plaintiff hereby certifies that the Order Regarding General Pretrial Management [Dkt. No. 12] was affixed to the Summons and Complaint served on each Defendant on the date and time as indicated on the respective executed affidavits of service. [Dkt. No. 14, 15, 27, and 30].

Dated:  Brooklyn, New York
         July 29, 2024

                              Respectfully submitted,

                                /s/ *Ahmad Keshavarz*

                              By: _____
                              Ahmad Keshavarz
                              The Law Office of Ahmad Keshavarz
                              16 Court St., 26th Floor

                                      Brooklyn, NY 11241-1026
                                      Phone: (718) 522-7900
                                      Fax:     (877) 496-7809
                                      Email: ahmad@NewYorkConsumerAttorney.com

cc: All Counsel of Record (via ECF)