UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
MIGUEL RIVERA,                                              :
                                                            :
                          Plaintiff,       :   No. 1:24-cv-4684 (GHW) (BCM)
                                                            :
      - against -                                          :
                                                            :
EXPERIAN INFORMATION SOLUTIONS,                             :   **NOTICE OF APPEARANCE**
INC.; TRANSUNION L.L.C.; UNIVERSITY                         :
ACCOUNTING SERVICE, LLC; and THE                            :
TRUSTEES OF COLUMBIA UNIVERSITY IN                          :
THE CITY OF NEW YORK                                        :
                                                            :
                         Defendants.      :
------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice in this Court, hereby appears as counsel for Defendant The Trustees of Columbia University in the City of New York and requests that the undersigned hereinafter also be served with all papers in this action.

Dated:   New York, New York
         August 1, 2024

                                  FRIEDMAN KAPLAN SEILER
                                  ADELMAN & ROBBINS LLP

                                  *s/ Matthew Tharp*
                                  Matthew Tharp
                                  mtharp@fklaw.com
                                  7 Times Square, 28th Floor
                                  New York, NY 10036-6516
                                  (212) 833-1100

                                  *Attorney for Defendant The Trustees of Columbia*
                                  *University in the City of New York*