**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIGUEL RIVERA,<br><br>               Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; UNIVERSITY ACCOUNTING SERVICE, LLC, and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>           Defendants. | Case No. 1:24-cv-04684- GHW-BMC |

**<u>NOTICE OF APPEARANCE</u>**

      Kindly enter the appearance of Andrew G. Hope, Esquire of Buchanan Ingersoll & Rooney PC on behalf of Defendant Trans Union, LLC in the above-referenced matter.

Date:  August 2, 2024          **BUCHANAN INGERSOLL & ROONEY PC**

                      By: */s/ Andrew G. Hope*
                          Andrew G. Hope (NY ID No. 5717596)
                          Two Liberty Place
                          50 S. 16th Street, Suite 3200
                          Philadelphia, PA 19102
                          (215) 665-8700
                          andrew.hope@bipc.com

                          *Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I caused a copy of the foregoing Notice of Appearance to be electronically filed with the Clerk via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems. Parties may access the filing through the Court's CM/ECF System.

By: /s/ *Andrew G. Hope*
Andrew G. Hope