IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL RIVERA,<br><br>                Plaintiff,<br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; UNIVERSITY ACCOUNTING SERVICE, LLC, and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK<br><br>                Defendants. | Case No. 1:24-cv-04684- GHW-BMC |

## TRANS UNION LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union, LLC discloses that it is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is a wholly owned subsidiary of TransUnion, which is a Delaware corporation publicly traded on the New York Stock Exchange under the ticker "TRU". No publicly held corporation directly owns 10% or more of the issued and outstanding stock in TransUnion.

                                            **BUCHANAN INGERSOLL & ROONEY PC**

                                            By: /s/ *Andrew G. Hope*
                                                 Andrew G. Hope (NY ID No. 5717596)
                                                 Two Liberty Place
                                                 50 S. 16th Street, Suite 3200
                                                 Philadelphia, PA 19102
                                                 (215) 665-8700
                                                 andrew.hope@bipc.com

Dated: August 2, 2024

                                                 *Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2024, I caused a copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be electronically filed with the Clerk via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems. Parties may access the filing through the Court's CM/ECF System.

By: /s/ *Andrew G. Hope*
Andrew G. Hope