> Application GRANTED. The conference, previously scheduled for September 12, 2024, is hereby ADJOURNED to **October 1, 2024, at 11:00 a.m.** The parties must file their Pre-Conference Statement (*see* Dkt. 43) no later than **September 24, 2024**.
> **SO ORDERED.**
>
> *[signature]*
>
> **Barbara Moses**
> **United States Magistrate Judge**
> **August 29, 2024**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2024

August 28, 2024

**VIA ECF**

Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

      Re:   *Rivera v. Experian Information Solutions, Inc. et al.*,
             No. 24-cv-04684 (GHW) (BMC)

Dear Judge Moses:

      This firm represents The Trustees of Columbia University in the City of New York ("Columbia University") in the above-referenced litigation. We write pursuant to Paragraph 2.a of the Court's Individual Practices to respectfully request an adjournment of the initial case management conference currently scheduled for September 12, 2024 (ECF No. 43).

      We have conferred with all counsel, and all counsel have advised that they consent to the requested adjournment and would be available on September 30, 2024 (at or after 10:00 a.m.) and on October 1, 2024 (from 10:00 a.m. until 1:00 p.m.), if either of those dates might be convenient to the Court.

      There have been no previous adjournments of the initial case management conference in this matter. The reason for this requested adjournment is that I am currently scheduled to be in California on September 12 in connection with my representation of an individual who is currently anticipated to testify as a witness at a criminal trial in the United States District Court for the Central District of California on or about that date. As stated above, counsel for all parties consent to this requested adjournment.

      We thank the Court for its consideration of this request.

                                    Respectfully,

                                    *[signature]*

                                    Timothy M. Haggerty

cc: All Counsel (by ECF)