USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/11/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL RIVERA,
        Plaintiff,

vs.

TRANS UNION, LLC, et al.,
        Defendants.

Case No.: 1:24-cv-04684-GHW-BMC

**Magistrate Judge Barbara C. Moses**

---

### TRANS UNION LLC'S REQUEST FOR TELEPHONIC PRETRIAL CONFERENCE APPEARANCE

Defendant, Trans Union, LLC ("TransUnion"), by and through its undersigned counsel, hereby requests this Court to allow TransUnion's national counsel, Makenzie Leh, to appear telephonically at the pretrial conference set for October 1, 2024, at 11:00 am. Good cause exists for this request. National counsel will attend this hearing, but resides in Philadelphia, Pennsylvania. Telephonic participation conserves time and costs otherwise spent on travel for an in-person hearing to New York, New York. Therefore, TransUnion respectfully requests that this Court allow national counsel for TransUnion to appear telephonically at the pretrial conference set for October 1, 2024, at 11:00 am.

---

Application DENIED. **SO ORDERED.**

*/s/ Barbara Moses*
**Barbara Moses**
**United States Magistrate Judge**
**September 11, 2024**