```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL RIVERA,

        Plaintiff,

 -against-

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

        Defendants.

24-CV-4684 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed on the record during the October 1, 2024 conference, defendant Experian must file a status update letter no later than **October 11, 2024**, advising the Court whether it has updated plaintiff's credit report (in light of, *inter alia*, the on-the-record statements of Columbia University and University Accounting Service that they do not believe plaintiff owes them any loan repayment or late fees), and if not, why not.

Dated: New York, New York
       October 2, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**