UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL RIVERA,

    Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

24-CV-4684 (GHW) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2024

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff voluntarily dismissed his individual claims against defendant Experian Information Solutions, Inc. (Dkt. 75.) Consequently, Experian's motion to compel arbitration (Dkt. 68) is hereby **DENIED** as moot.

The Clerk of Court is respectfully directed to close the motion at Dkts. 68 and 69.

Dated: New York, New York
       November 6, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**