UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL RIVERA,

              Plaintiff,

     -against-

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/4/2025
```

24-CV-4684 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

        The docket reflects that the mediation conference previously scheduled for January 9, 2025 was not held, but was rescheduled for February 7, 2025. No later than **March 7, 2025**, the parties must file a joint status letter advising the Court as to the outcome of the mediation and updating the Court as to the progress of discovery.

Dated: New York, New York
       March 4, 2025

                           **SO ORDERED**.

                           _____

                           **BARBARA MOSES**
                           **United States Magistrate Judge**