

TIMOTHY M. HAGGERTY
thaggerty@fklaw.com
212.833.1251

June 12, 2025

**VIA ECF**

The Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *Rivera v. Experian Information Solutions, Inc. et al.*,
              No. 24-cv-4684 (S.D.N.Y.) (GHW) (BCM)

Dear Judge Moses:

      This firm represents The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned case. We write on behalf of Columbia, and are joined in this letter by counsel to plaintiff Miguel Rivera and defendant University Accounting Service, LLC ("UAS"). We refer to plaintiff, Columbia, and UAS collectively as the "settling parties."

      We are pleased to advise the Court that the settling parties have reached an agreement to resolve this case as between them. This agreement followed two mediation sessions conducted by Ms. Rebecca Price of the SDNY's Mediation Program, and the settling parties' subsequent negotiations among themselves. The settling parties have agreed that they will jointly seek dismissal with prejudice of all of plaintiff's claims against Columbia and UAS following the occurrence of certain events that are due to take place within the next 30 days. Plaintiff's counsel advises that the same is true as to Plaintiff and the only other defendant, TransUnion, who have entered into a separate agreement.

      In light of the foregoing, we respectfully request that the status conference currently scheduled to be held on June 18, 2025 be adjourned *sine die*.

      We thank the Court for its attention to this matter.

Friedman Kaplan Seiler Adelman & Robbins LLP   7 Times Square, New York, NY 10036-6516

4938-4203-5277.2

Hon. Barbara C. Moses - 2 - June 12, 2025

Respectfully Submitted,

*/s/ Timothy M. Haggerty*

Timothy M. Haggerty
Matthew Tharp
FRIEDMAN KAPLAN SEILER
 ADELMAN & ROBBINS LLP
7 Times Square
New York, New York 10036
Phone: (212) 833-1100
thaggerty@fklaw.com
mtharp@fklaw.com

*Attorneys for Defendant The Trustees of Columbia University in the City of New York*

cc: All Counsel (by ECF)